SINGER MANUFACTURING COMPANY *vs.* MARTIN.

BAIL TROVER, FROM MUSCOGEE. Justice Courts. Appeal. (Before Judge Willis.)

Hall, J.—Whether a case involves more than $50.00, and therefore can be appealed from a justice's court to the Superior Court, is to be determined from the summons and the cause of action thereto attached. Where the summons requires the defendant to appear and answer to a suit for the recovery of a sewing machine worth $50.00, with no other copy of the cause of action attached thereto, an appeal to the Superior Court did not lie. Nor was the case rendered appealable because the affidavit made to require bail stated that the hire of the property was worth $36.00. Acts of 1878-9, pp. 153, 154 ; 61 Ga., 74,

Judgment affirmed.

Hatcher & Peabody, for plaintiff in error.

B. A. Thornton, W. A. Little, for defendant.